RECEIVED
APR 15 2016
4-15-16 EAA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GREGORY WILLIAMS

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

16CV4385
Judge John W. Darrah
Magistrate Judge Young B. Kim
PC8

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

Officer STARKS, Sgt Broadway
Doctor MARTINEZ, AND MEDICAL DIRECTOR
TOM DART / SHERIFF
Supt. MARTINEZ of DIV 2
CRW - MS. BUTLER
G.O.
M. LAKE - C. Thomas

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:                 **AMENDED COMPLAINT**

__✓__       **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
            U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
            28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

Reviewed: 8/2013

I. **Plaintiff(s):**

    A. Name: GREGORY WILLIAMS

    B. List all aliases: NONE

    C. Prisoner identification number: #20150910186

    D. Place of present confinement: Cook County Jail

    E. Address: 2600 S. California, Chgo, IL. 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

    A. Defendant: Ms Starks

    Title: Officer (Cook County Sheriff)

    Place of Employment: 26 + California Chgo, IL 60608

    B. Defendant: Mr Broadway

    Title: Sargeant (Cook County Sheriff)

    Place of Employment: 26 + California Chgo, IL 60608

    C. Defendant: N/A

    Title: Medical Director

    Place of Employment: 2600 S. California, Chgo, IL. 60608

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2) un no...

Title | Doctor
Address | 2600 S. California Chgo, IL 60608

Defendant E) TOM DART
Title | Chief Sheriff
Place of Empl. | 2600 S. California Chgo, IL. 60608

Defendant F) Mr Martinez
Title | Supt. of Div 2
Place of Empl. | 2600 S. California Chgo, IL. 60608

Defendant G) Ms. BUTLER
Title | C.R.W.
Place of Empl. | 2600 S. California Chgo, IL. 60608

H)
Defendant | M. Lake
Title | Grievance officer Supr.
Place of Empl. | 2600 S. California Chgo, IL. 60608

I)
Defendant | C. Thomas #311
Title | Supt./Designee
Place of Empl. | 2600 S. California Chgo, IL. 60608

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

   A. Name of case and docket number: N/A

   B. Approximate date of filing lawsuit: 3/21/16

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: N/A

   D. List all defendants: Officer Starks, Sgt Broadway, Doctor Martinez, Medical Director, Chief Sheriff Tom Dart, Supt. of DIV 2 Mr Martinez, CRW of D2-D1 Ms Butler

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): N/A

   F. Name of judge to whom case was assigned: N/A

   G. Basic claim made: N/A

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): N/A

   I. Approximate date of disposition: N/A

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Reviewed: 8/2013

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

ON THUR. 2/18/16 AFTER DINNER, I WENT TO WASHROOM AND WHILE USING THE WASHROOM, I WAS ATTACKED BY INMATE TUBBS, IT STARTED W/TUBBS TELLING ME TO HURRY ON TOILET, THEN I TOLD HIM THERE'S ANOTHER ONE HE COULD USE. SO HE STARTED CUSSING AT ME WHILE I'm STILL ON TOILET AND THEN WENT TOWARDS LAST SINK AND THEN TURNED IN FRONT OF ME AND HIT ME WITH HIS FIST SO HARD, I WAS DAZED AND CONFUSED, I GOT UP HE STARTED CHOKING ME AND I GOT OUT OF THAT HEAD LOCK, THIS WAS WHILE MY PANTS WERE DOWN AROUND MY ANKLE, I Pulled THEM UP AFTER GETTING OUT OF HEADLOCK, THEN TUBBS LEFT THE WASHROOM. OFF. STARKS WAS INFORMED BY SNITCH WHO GAVE HER A NOTE, THEN I SAW OFF. STARKS CALL TWO INMATES TO DAYROOM AREA THEN CALLED MY CELL-MATE AND HE POINTED ME OUT TO MS STARKS, I CAME OUT TO FOYER AREA AND SHE STATED TO ANOTHER OFFICER THAT SHE WAS ABOUT TO GO HOME AND WAS <u>NOT</u> DOING ANY PAPERWORK, SO I WENT BACK INSIDE OF B-WING, SHE LEFT AND I WAS STILL BLEEDING AND KEPT TOILET PAPER ON FACE TO SLOW THE BLEEDING AND PUT OINTMENT ON IT, I WENT TO SLEEP ON IT. FEELING DISORIENTED AND DIZZY ALL DAY FRIDAY, TOOK HOT SHOWER TO TRY TO RELIEVE PRESSURE, BLEEDING. ON 2/19/16 FRIDAY EVE, I ASKED OFF. STARKS TO GO TO CERMAK AND SHE TOLD ME (I HAD TO LIE ABOUT WHAT HAPPEN) AND SAY I FELL, I THEN

4

Reviewed: 8/2013

ASKED HER WHY WAS INMATE TUBBS STILL DOING ON B-WING AND SHE SAID SHE TRY AND GET HIM MOVED. AT THIS POINT I DECIDED TO WAIT UNTIL SHIFT 11-7 change TO SEEK HELP AND TOLD OFFICER IMMEDIATELY AFTER COUNT CHECK WHAT WAS GOING ON AND ASK THAT HE CALL A WHITE SHIRT Sgt/LT. AND Sgt BROADWAY WAS SUMMON AND UPON TELLING HIM ABOVE-MENTIONED, HE HAD ME PACK UP AND MOVE ALL MY STUFF TO STAGING AREA, AND THEN I WAS TAKEN TO CERMAK, WHERE I WAS TREATED AND GIVEN MEDICAL ATTENTION 2/20/16, THEN RETURNED TO DIV 2-D1 AND WAS THEN MOVED TO H-Ase, THEN I WROTE GREIVANCES CONCERNING SITUATION. ALL OFFICERS OF 3-11 shift, D1 2fl. WITNESS THE SCAR AROUND MY LEFT EYE AND BLEEDING, SWELLING, Bruises ON NECK Left side, THE BLEEDING LASTED ALMOST 24 Hours. 1) OFF. STARKS OF 3-11 shift who witness scar, Bleeding, Swelling failed AT WRITING INCIDENT REPORT, RADIO Sgt/LT. TO INVESTIGATE, AND Denying ME MEDICAL ATTENTION. 2) Sgt Broadway - FAILED AT ALLOWING ME TO Press charges, FAIL AT INVESTIGATING THE ATTACKER AND PUTTING HIM IN Seg. 3) Doctor Martinez failed AT Follow-up treatment, continuing meds for BACK Pain, Headache PAIN OF Victim 4) Ms Butler.. for the Handling of Grievance's Process 5.) Tom DART is Responsible for my SAFETY. 6.) Medical Director- is Responsible for STAFF TO Proceed poorly 7) Supt. MARTINEZ - HAD Knowledge of INCIDENT, DID NOTHING TO PUT INMATE TUBBS IN Seg. AND Responsible for me being shell shock, Truamatized and victim of circumstance, IT is A SECURITY ISSUE BEING ON SAME floor IN D3 and Due to fact that I could Possibly HAVE CONTACT w/ATTACKER, THIS IS VERY Stressful and constantly reliving the Attack. O.P.R is Now INVESTIGATING AND Pulling THE VIDEO for 2/18 occurrence. SENDING (11) EXHIBITS, PLUS INCLOSE IN DISCOVERY. These Two People Are added in cohoots w/cover up- M. LAKE, C. Thomas 1Sgt 3/11

Reviewed: 8/2013

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

1) 350,000. FOR PAIN AND SUFFERING, MENTAL ANGUISH, BACK PAIN

2) $200. PER DAY PUNITIVE DAMAGES

VI. The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 30 day of March, 20 16

_Gregory Williams_
(Signature of plaintiff or plaintiffs)

GREGORY WILLIAMS
(Print name)

#20150410186
(I.D. Number)

2600 S. California
Chgo, IL. 60608
(Address)

6

Reviewed: 8/2013

# ILLINOIS GENERAL SWORN AFFIDAVIT

STATE OF ILLINOIS
COUNTY OF ___COOK___

I, the undersigned, being duly sworn, do hereby depose and say:

1. I am over the age of 18 and am a resident of the State of ___ILLINOIS___. I have personal knowledge of the facts herein, and, if called as a witness, could testify competently thereto.

2. FACTS:

1) Officer ~~Starks~~ STARKS violated my Rights, By Allowing me to be INJURED.
2) Sgt. Broadway was very UNProfessional, Racial Discrimination By Not Doing His Job, INVESTIGATING who offender was who ATTACKED me.
3) Medical Director AND (4) Doctor Martinez IN Violation of 735 statute, Negligence and Malpractice, failed at followup of INJURIES.
5) Supt Martinez — failed at Not Providing me with proper safety and Violation of Due process 6) TOM DART — IS IN charge of Security AT ALL TIMES, HE Allow His Co-worker to perform unprofessionally This is 8 Amend Violation of Law
7) CRW — Ms Butler — cohoot of conspiracy that took place against me. 8) 9(2) M. Lake, C. Thomas — for Handling paperwork and help coverup incident

Under penalties as provided by Illinois law, the undersigned certifies that the statements set forth in this statement are true and correct.

So Stated: _Gregory Will___

SUBSCRIBED AND SWORN TO BEFORE ME THIS __30__ DAY OF __August__, 20__16__

NOTARY: _Thomas A. Keel_

OFFICIAL SEAL
THOMAS A KEEL
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:12/27/17



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

### ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! (! Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

### INMATE INFORMATION (Información del Preso)

| PRINT - INMATE LAST NAME (Apellido del Preso): | PRINT - FIRST NAME (Primer Nombre): | INMATE BOOKING NUMBER (# de identificación del detenido) |
|---|---|---|
| Williams | Gregory | 20150410186 |
| DIVISION (División): | LIVING UNIT (Unidad): | DATE (Fecha): |
| 2-D1 | H 46 | 2-21-16 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT (Breve Resumen de los Hechos del Preso):

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.
- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

| DATE OF INCIDENT (Fecha Del Incidente) | TIME OF INCIDENT (Hora Del Incidente) | SPECIFIC LOCATION OF INCIDENT (Lugar Específico Del Incidente) |
|---|---|---|
| 2-18-16 | After Dinner | In Washroom on B-Wing |

Violation to 8th Amendment. 1) Failure To Protect/I Fear For My Life 2) Denied Medical Attention on 2·18·16, 3-11 shift. 3) Refused to do Incident Report + Radio Sgt or Lt. 4) Unknown officers and Tier (B) officer witness the scar above my left eye. Also Bruises on Neck Left side. 5) Review Physical Records to show the swelling and Bleeding of Injury. 6.) Its Hard To Sleep Due to injuries and Blurrness/Pain from left eye injury.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** (Acción que esta solicitado, Esta sección debe completarse)

→ on Inmate Tubbs
Charges Be Press, Investigation of the matter, And Tier (B) officer Ms. Starks and witness officers Be Reprimanded for Misconduct.

IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.
(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)

| NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: (Nombre del personal o presos que tengan información:) | INMATE SIGNATURE AND DATE: (Firma del Preso/Fecha): |
|---|---|
| officers on 3-11 shift B-wing officer Ms Starks | Gregory Will  2-21-16 |

SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.

| CRW/PLATOON COUNSELOR (Print): | SIGNATURE: | DATE CRW/PLATOON COUNSELOR RECIEVED: |
|---|---|---|
| V. Butler | V Butler | 2-22-16 |
| SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): | SIGNATURE: | DATE REVIEWED: |
| | | |

(FCN-40)(SEP 14)    (WHITE COPY – INMATE SERVICES)    (YELLOW COPY – CRW/PLATOON COUNSELOR)    (PINK COPY – INMATE)

Exhibit 1

# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)

## INMATE GRIEVANCE FORM
(Formulario de Queja del Preso)

☐ GRIEVANCE   ☐ NON-GRIEVANCE (REQUEST)

CONTROL # : 
INMATE ID # :

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** (! Para ser llenado solo por el personal de Inmate Services !)

**GRIEVANCE FORM PROCESSED AS:**
☐ EMERGENCY GRIEVANCE
☐ GRIEVANCE
☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
☐ CERMAK HEALTH SERVICES
☐ SUPERINTENDENT: _____
☐ OTHER: _____

### INMATE INFORMATION (Información del Preso)

- PRINT - INMATE LAST NAME: **Williams**
- PRINT - FIRST NAME: **Gregory**
- INMATE BOOKING NUMBER: **20150410186**
- DIVISION: **2-D1**
- LIVING UNIT: **H 46**
- DATE: **2-22-16**

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- DATE OF INCIDENT: **2-18-16**
- TIME OF INCIDENT: **AFTER DINNER**
- SPECIFIC LOCATION OF INCIDENT: **IN WASHROOM IN B-WING**

THE INMATE WHO SNAKED ME WHILE I WAS ON TOLIET IS STILL ON B-WING AND NOTHING HAS BEEN DONE TO PUT HIM IN SEG. FOR HITTING ME AND CHOKING ME, EVEN AFTER I WAS REMOVED FROM B-WING. THIS INMATE'S TUBBS STILL IS WORKING LIKE NOTHING HE DID WAS WRONG. HE ATTACKED ME IN WASHROOM.

### ACTION THAT YOU ARE REQUESTING

THAT I.A. FULLY INVESTIGATE THIS COVER-UP OF THIS INCIDENT AND WHY THIS INMATE IS NOT IN SEG. AND TO INSURE THAT I CAN PRESS CHARGES ON HIM. (CHECK IN HOUSE CAMERA'S)

NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT: All officers of 2fl. and B-Wing officer Starks

INMATE SIGNATURE AND DATE: Gregory Williams 2-22-16

CRW/PLATOON COUNSELOR (Print): **V. Butler**
SIGNATURE: V Butler
DATE CRW/PLATOON COUNSELOR RECIEVED: **2-22-16**

SUPERINTENDENT/DIRECTOR/DESIGNEE (Print): 
SIGNATURE: 
DATE REVIEWED: 

(FCN-40)(SEP 14)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)


EXHIBIT 2

000309



# COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
## INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2016 X 1414

### INMATE INFORMATION (Información del Preso)

INMATE LAST NAME: Williams
INMATE FIRST NAME: Gregory
ID Number: 20150410186

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: 080 - Failure to Protect

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable): CRW spoke w/ Detainee. He stated he received Medical attention

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO: O.P.R. - I.S.
DATE REFERRED: 2/22/16

RESPONSE BY PERSONNEL HANDLING REFERRAL: See attached

PERSONNEL RESPONDING TO GRIEVANCE (Print): MCW
SIGNATURE: White
DIV./DEPT.: Supv
DATE: 2/22/16

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): Capt W. Thomas
SIGNATURE: W. M. #311
DIV./DEPT.: 2
DATE: 22 FEB 16

INMATE SIGNATURE: Gregory Willi[ams]
DATE RESPONSE WAS RECEIVED: 2/22/16

☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

DATE OF INMATE'S REQUEST FOR AN APPEAL: 02/25/16

INMATE'S BASIS FOR AN APPEAL: NOT GETTING FULL MEDICAL CARE AND/OR ASSISTANCE WITH INJURY TO EYE ON left SIDE

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? ☐ Yes ☐ No

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION:

ADMINISTRATOR / DESIGNEE: _____
SIGNATURE: _____
DATE: __/__/__

INMATE SIGNATURE: _____
DATE INMATE RECEIVED APPEAL RESPONSE: __/__/__

WHITE COPY - PROGRAM SERVICES    YELLOW COPY - CRW / PLATOON COUNSELOR    PINK COPY - INMATE

FCN-48 (Rev. 09/14)

EXHIBIT 3

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☐ NON-GRIEVANCE (REQUEST)

| CONTROL # | INMATE ID # |
|---|---|
| | |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* WILLIAMS
**PRINT - FIRST NAME** *(Primer Nombre):* GREGORY
**INMATE BOOKING NUMBER** *(# de identificación del detenido):* 20150410186
**DIVISION** *(División):* 2-D1
**LIVING UNIT** *(Unidad):* H 46
**DATE** *(Fecha):* 3-3-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.
- Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.
- Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.
- Sólo una queja por formulario

**DATE OF INCIDENT** *(Fecha Del Incidente):* 2-18-16
**TIME OF INCIDENT** *(Hora Del Incidente):* After Dinner
**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente):* IN Washroom on B-Wing

ON 3/3/16 About Noon Day, O.P.R. came to talk w/me, Off. Hernadez advise me to write another Grievance to C.I.I.D. or C.P.I.D., Regarding the Right to press charges against INmate TUBBS whom Attacked me in washroom while on toilet, And Nothing Has been Done to put him in seg for Hitting me and choking me, Even After I was removed From B-Wing, This inmate is still working Like he Did Nothing wrong.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

(Full) To Press charges on Inmate Tubbs of B-Wing by C.P.D. or C.I.I.D.

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)* B-Wing Off. Starks and Officers of 2fl, 3-11 Shift

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Gregory Williams 3/3/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):** Kapadia
**SIGNATURE:** K
**DATE CRW/PLATOON COUNSELOR RECEIVED:** 03-04-16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):**
**SIGNATURE:**
**DATE REVIEWED:**

(FCN-40)(APR15)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

EXHIBIT (4)



# SHERIFF'S OFFICE OF COOK COUNTY
## OFFICE OF PROFESSIONAL REVIEW
## COMPLAINT REGISTER

**Complainant Information**

| Field | Value |
|---|---|
| NAME (Last, First, M.I.): | WILLIAMS GREGORY |
| AGE: | 54 |
| DATE OF BIRTH: | 5/13/61 |
| HOME #: | ( ) Here |
| HOME ADDRESS: | P.O. Box 089002 |
| CITY: | Chgo |
| WORK/OTHER #: | |
| STATE: | IL |
| ZIP CODE: | 60608 |
| STATE I.D./D.L. #: | |
| STATE OF ISSUANCE: | |

I HAVE BEEN NOTIFIED THAT, PURSUANT TO 50 ILCS 725/3.8(b), ANYONE FILING A COMPLAINT AGAINST A SWORN PEACE OFFICER MUST HAVE THE COMPLAINT SUPPORTED BY A SWORN AFFIDAVIT.

**Complaint Information**

DATE OF INCIDENT: 2-18-16
TIME OF INCIDENT: After Dinner
LOCATION OF INCIDENT: IN WASHROOM Area of B-Wing

PROVIDE NAMES, BADGE NUMBERS, SQUAD NUMBER or LICENSE PLATE, and/or PHYSICAL DESCRIPTION OF THE OFFICER AGAINST WHOM YOU WISH TO FILE A COMPLAINT:

Officer Starks, AND OTHER officers who worked on 3-11 shift at work stations Area in foyer. Ms Starks has burnt orange hair/older lady about 5'5

ARE THERE ANY WITNESSES YOU WISH TO BE CONTACTED DURING THE INVESTIGATION? ☐ YES ☐ NO
IF YES, PROVIDE CONTACT INFORMATION.

| NAME | ADDRESS/CITY/STATE/ZIP | HOME PHONE # |
|---|---|---|
| | | |
| | | |
| | | |
| | | |

**Narrative**

PROVIDE A FULL DETAILED ACCOUNT OF YOUR COMPLAINT AND THE NATURE OF THE INCIDENT.

ON THUR 2-18-16 After Dinner, I went to use washroom and while using the washroom I was Attacked by inmate tubbs of B-Wing. It started w/Tubbs telling me to hurry up on toilet, then I told him there's another one he could use. So he started cussing at me while I'm still on toilet and then went towards the last sink and then turned in front of me AND HIT ME WITH HIS FIST SO HARD, I WAS Dazed and confused, I got up he started choking me and I got out of that Headlock, This was while my pants were down around my ANkle I pulled them up After getting out of headlock, then Tubbs left the bathroom Off. Starks was informed by Snitch who gave her ☒ CONTINUED ON REVERSE

**OR OFFICE USE ONLY**
ATE COMPLAINT RECEIVED: _____ RECEIVED BY: _____

D/IG #:



EXHIBIT (5) — OVER →

**Complaint Narrative (Continued)**

A note, then I saw Off. Starks called two inmates to dayroom area then she called my cell-mate and he pointed me out to Ms Starks, I came out to foyer area and she stated to another officer that she was about to go home and was not doing any paperwork, so I went back inside of B-Wing, she left and I was still bleeding and kept toilet paper on face to slow the bleeding and put ointment on it, I went to sleep on it, feeling disoriented and dizzy all day friday, took hot shower to try to relieve the pressure, bleeding, on 2/19/16 friday eve, I asked off Starks to go to Cermak and she told me (I had to lie about what happen) and say I fell, I then asked her why was inmate Tubbs still doing on B-Wing and she said she try and get him moved. At this point I decided to wait until 11-7 shift change to seek help and told officer immediately after count check what was going on and ask that he call a white shirt sgt or Lt. and sgt. Broadway was summon and upon telling him above-mentioned, he had me pack up and move all my stuff to staging area, and then I was taken to Cermak, where I was treated and given medical attention, then returned to Div 2 - D1 and was then moved to H-Hse then I wrote grievances concerning this situation. All the officers of 3-11 witness the scar around my left eye and bleeding, swelling and bruises on neck left side - the bleeding lasted almost 24 hours.

PLEASE BE AWARE THAT IF YOU ALLEGE INJURIES AS A RESULT OF THIS INCIDENT, DUE TO FEDERAL PRIVACY LAWS ON THE RELEASE OF MEDICAL RECORDS, YOU MUST PROVIDE COPIES OF YOUR RELEVANT MEDICAL RECORDS REGARDING ANY EXAMINATION OR TREATMENT TO THE SHERIFF'S OFFICE INVESTIGATING UNIT TO BE MADE PART OF THE INVESTIGATION.

I have read this statement that I have voluntarily made, consisting of ___ pages, and I solemnly swear that the facts and allegations contained within are true and correct to the best of my knowledge. GREGORY WILLIAMS (Print Name)

Date: 3-8-16
3-3-16

Complainant's Signature: Gregory Williams

State of Illinois )
County of Cook )

Signed and sworn to before me on 3-8-16 (date) by GREGORY WILLIAMS (name of person making statement)

OFFICIAL SEAL
VERONICA Y BUTLER
NOTARY PUBLIC-STATE OF ILLINOIS
MY COMMISSION EXPIRES:01/17/18

Veronica Y Butler (signature of notary public)

A person commits PERJURY when, under oath or affirmation, in a proceeding or in any matter where by law such oath or affirmation is required, he makes a false statement, material to the issue or point in question, which he does not believe to be true. **PERJURY IS A CLASS 3 FELONY.**

Please mail your completed, **signed and notarized**, complaint form to:

**Cook County Sheriff's Office of Professional Review**
3026 S. California

EXHIBIT 5



## COOK COUNTY SHERIFF'S OFFICE
(Oficina del Alguacil del Condado de Cook)
### INMATE GRIEVANCE RESPONSE / APPEAL FORM
(Petición de Queja del Preso / Respuesta / Forma de Apelación)

☑ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

CONTROL #: 2016X 1414

### INMATE INFORMATION (Información del Preso)

INMATE LAST NAME: Williams
INMATE FIRST NAME: Gregory
ID Number: 20151410126

### GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT: D&C failure to protect

IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable): CRW spoke w/ Detainee. He stated he received Medical attention.

CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE/REQUEST TO: C.R.W. I.S.
DATE REFERRED: 2/1/16

RESPONSE BY PERSONNEL HANDLING REFERRAL: See attached

PERSONNEL RESPONDING TO GRIEVANCE (Print): Mueller
SIGNATURE: [signature]
DIV./DEPT.: Div 2
DATE: 2/22/16

Superintendents of a division/unit must review all responses to grievances alleging staff use of force, staff misconduct and emergency grievances.

SUPERINTENDENT / DIRECTOR / DESIGNEE (Print): Cmdr W. Thomas
SIGNATURE: W. Thomas #311
DIV./DEPT.: 2
DATE: 22 FEB 16

☐ GRIEVANCE SUBJECT CODE: _____
☐ NON-GRIEVANCE SUBJECT CODE: _____

INMATE SIGNATURE: Gregory Williams
DATE RESPONSE WAS RECEIVED: 2/22/16

### INMATE'S REQUEST FOR AN APPEAL (Solicitud de Apelación del Preso)

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.
* Las apelaciones tendrán que ser sometidas dentro de los 14 días; a partir que el preso recibió la respuesta para agotar todas las posibles respuestas administrativas.

DATE OF INMATE'S REQUEST FOR AN APPEAL: 02/25/16

INMATE'S BASIS FOR AN APPEAL: NOT GETTING FULL MEDICAL CARE AND/OR ASSISTANCE WITH INJURY TO EYE ON LEFT SIDE

ADMINISTRATOR / DESIGNEE'S ACCEPTANCE OF INMATE'S APPEAL? Yes ☐ No ☑

ADMINISTRATOR / DESIGNEE'S DECISION OR RECOMMENDATION: Original Response to Stand - Please see medical staff re: alleged Injury - To PRESS charges against inmate please

ADMINISTRATOR / DESIGNEE: J Mueller
SIGNATURE: [signature]
DATE: 3/6/16

INMATE SIGNATURE: Gregory Williams
DATE INMATE RECEIVED APPEAL RESPONSE: 3/8/16

FCN-48 (Rev. 09/14)  WHITE COPY - PROGRAM SERVICES  YELLOW COPY - CRW / PLATOON COUNSELOR  PINK COPY - INMATE

EXHIBIT (6)



# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE RESPONSE / APPEAL FORM
*(Petición de Queja del Preso / Respuesta / Forma de Apelación)*

☐ GRIEVANCE  ☒ NON-GRIEVANCE (REQUEST)

**CONTROL #:** N/A

## INMATE INFORMATION *(Información del Preso)*

| INMATE LAST NAME | INMATE FIRST NAME | ID Number |
|---|---|---|
| WILLIAMS | GREGORY | 20150410186 |

## GRIEVANCE / NON-GRIEVANCE (REQUEST) REFERRAL & RESPONSE
(EMERGENCY GRIEVANCES ARE THOSE INVOLVING AN IMMEDIATE THREAT TO THE WELFARE OR SAFETY OF AN INMATE)

**CRW / PLATOON COUNSELOR'S SUMMARY OF THE COMPLAINT:** 270 - PROGRAMS

**IMMEDIATE CRW / PLATOON COUNSELOR RESPONSE (if applicable):** GRIEVANCE OF THE SAME NATURE WAS FILED 02.22.16 #2016.1414. An additional OPR complaint form has been provided for detainee to address said issues. Detainee has spoken with OPR investigators with re to said issue.

**CRW / PLATOON COUNSELOR REFERRED THIS GRIEVANCE / REQUEST TO:** IS ADMIN (REFERRED)

**DATE REFERRED:** 03/04/16

**RESPONSE BY PERSONNEL HANDLING REFERRAL:** See appeal response to 2016X 1414

**PERSONNEL RESPONDING TO GRIEVANCE (Print):** J Mueller
**DIV./DEPT.:** IS
**DATE:** 3/7/16

**INMATE SIGNATURE:** Gregory Willi...
**DATE RESPONSE WAS RECEIVED:** 3/9/16

## INMATE'S REQUEST FOR AN APPEAL

* To exhaust administrative remedies, appeals must be made within 14 days of the date the inmate received the response.

[appeal section blank / crossed out]

FCN-48 (Rev. 09/14)   WHITE COPY - PROGRAM SERVICES   YELLOW COPY - CRW / PLATOON COUNSELOR   PINK COPY - INMATE

EXHIBIT (7)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*



| | GRIEVANCE | ☒ NON-GRIEVANCE (REQUEST) |
|---|---|---|
| | CONTROL # | INMATE ID # |
| | ~~(redacted)~~ | ~~(redacted)~~ |

**! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !** *(¡ Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☒ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☒ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

## INMATE INFORMATION *(Información del Preso)*

| PRINT - INMATE LAST NAME: | PRINT - FIRST NAME: | INMATE BOOKING NUMBER: |
|---|---|---|
| Williams | Gregory | 20150410186 |
| DIVISION: 2-D3 | LIVING UNIT: GG-20 | DATE: 3-7-16 |

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

| DATE OF INCIDENT | TIME OF INCIDENT | SPECIFIC LOCATION OF INCIDENT |
|---|---|---|
| Date of attack 2-18-16 | After Dinner | B-Wing Dorm I (Div 2) |

I was told by Doctor that I would be given an eye exam and as of yet, I have not recieve one, this was two weeks ago, I'm now suffering from the following, Dizziness, Equalibrium off balance, having serious migrain headache's especially around the injured eye area, still have Redness and soreness under eye area, constant on/off blurriness and pain. My Depth of preception is off.

**ACTION THAT YOU ARE REQUESTING:**

See Need to Doctor, or Eye doctor before this injury gets worst and blindness occurs,,, OR GO TO Stroger H.S. AND consider this an emergency grievance...

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** Staff of B.Wing D1 and Doctor and Staff of Dispensery O.P.R.C.16.D off Starks. Cermak Hos.

**INMATE SIGNATURE AND DATE:** Gregory Will 3/7/16

**CRW/PLATOON COUNSELOR (Print):** K. Rupert
**SIGNATURE:** K. Rupert
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 3/8/16

(FCN-40)(SEP 14)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

EXHIBIT (8)

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE ☐ NON-GRIEVANCE (REQUEST)

**CONTROL #:** 

**INMATE ID #:** 

### ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY ! *(¡ Para ser llenado solo por el personal de Inmate Services !)*

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

### INMATE INFORMATION *(Información del Preso)*

**PRINT - INMATE LAST NAME** *(Apellido del Preso):* WILLIAMS

**PRINT - FIRST NAME** *(Primer Nombre):* GREGORY

**INMATE BOOKING NUMBER** *(# de identificación del detenido):* 20150410186

**DIVISION** *(División):* 2-D3

**LIVING UNIT** *(Unidad):* G.G. 20

**DATE** *(Fecha):* 3-7-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT *(Breve Resumen de los Hechos del Preso):*

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is administratively determined to be processed as a non-grievance request, it will not be assigned a control #, nor can it be appealed or remedies exhausted, however, an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request, or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

- *Un preso que desea llenar una queja, se le requiere que lo haga dentro de los 15 días después del incidente.*
- *Las decisiones del Comité Disciplinario de los presos, no podrán ser cuestionadas o Apeladas a través del uso del Formulario de Quejas/Respuesta/Forma de Apelación.*
- *Cuando una Queja se procesa como una QUEJAS NO (PETICION), un preso podría re-someter una Queja después de los 15 días para recibir un "Numero de Control", ya sea porque no hay una respuesta o porque la respuesta es insatisfactoria.*
- *Sólo una queja por formulario*

**DATE OF INCIDENT** *(Fecha Del Incidente):* DATE OF ATTACK 2-18-16

**TIME OF INCIDENT** *(Hora Del Incidente):* AFTER Dinner

**SPECIFIC LOCATION OF INCIDENT** *(Lugar Específico Del Incidente):* Div2-D1-B Wing

Requesting a follow-up by Doctor and re-issuing of muscle relaxer medicine which is now expired. This is due to an injury to my Back that occurred on 2/18/16 when I was Attacked. I'm suffering from muscle spasms, burning pain in several spots in my back that are bothering me continuously.

**ACTION THAT YOU ARE REQUESTING, THIS SECTION MUST BE COMPLETED** *(Acción que esta solicitado, Esta sección debe completarse)*

To see Doctor, and said medicine and a follow-up

**IF YOU HAVE ELECTED TO SUBMIT YOUR GRIEVANCE FORM MORE THAN 2 DAYS SINCE WRITING AND/OR DATING IT ORIGINALLY, YOU WILL BE ASKED TO REVISE THE DATE AND INITIAL TO ACCURATELY REFLECT THE DAY YOU CHOSE TO SUBMIT THE FORM.**

*(SI ELEGIDO PRESENTAR SU QUEJA MÁS DE 2 DÍAS ANTES QUE CUANDO LA ENTREGO Y LE PUSO LA FECHA DESDE UN PRINCIPIO, ES NECESARIO QUE CAMBIE LA FECHA Y INCLUYA SUS INICIALES PARA SUMITIR SU FORMA)*

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** *(Nombre del personal o presos que tengan información:)* Staff of 2FL of D1, Doctor of Dispensary/Cermak Hosp., O.P.R. and C.I.I.D. - CRW and off. starks

**INMATE SIGNATURE AND DATE:** *(Firma del Preso/Fecha):* Gregory Will 3/7/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE OF A DIVISION/UNIT MUST REVIEW AND SIGN ALL GRIEVANCES ALLEGING STAFF USE OF FORCE, STAFF MISCONDUCT, AND EMERGENCY GRIEVANCES. IF THE INMATE GRIEVANCE IS OF A SERIOUS NATURE, THE SUPERINTENDENT MUST INITIATE IMMEDIATE ACTION.**

**CRW/PLATOON COUNSELOR (Print):** K. Rupert

**SIGNATURE:** Rupert

**DATE CRW/PLATOON COUNSELOR RECIEVED:** 3/8/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** 

**SIGNATURE:** 

**DATE REVIEWED:** 

(FCN-40)(APR15)   (WHITE COPY – INMATE SERVICES)   (YELLOW COPY – CRW/PLATOON COUNSELOR)   (PINK COPY – INMATE)

EXHIBIT 9

Law Offices<br>
**KENNETH N. FLAXMAN P.C.**<br>
*http://www.kenlaw.com*

Suite 201
200 South Michigan Avenue
Chicago, Illinois 60604-2407
(312) 427-3200
(312) 427-3930 *(fax)*

January 25, 2016

Gregory Williams 2015-0410186
P.O. Box 089002
Chicago IL 60608-9002

    *re: Cook County Jail Intake Litigation*

Dear Mr. Williams:

I am overwhelmed with letters, so please excuse this form response.

I am generally not taking on any new cases about jail or prison issues. If your letter was about whether I can on a new matter, I must regretfully decline. If you wrote to inquire about any of the three pending class actions:

1. The medication case (about not getting medication previously prescribed for a serious health need within 24 hours of entry to the Cook County Jail), has been pending on cross motions for summary judgment since October of 2012. We hope that the judge rules soon, but we have no control over this.

2. The property case (about not getting your property back when you left the Cook County Jail) is pending before the Court on the County's motion for summary judgment. We hope that the Court will rule sometime next year.

3. The dental case (about not getting pain assessed within two days after making a complaint of dental pain), is on appeal from the denial of injunctive relief. The judge has indicated that she will set an ending date for the class. We are opposing this and hope that this issue is resolved sometime next year.

You do not have to fill out any forms to become a member in any of these cases. Everyone who could be a class member will receive notice by mail if there is a settlement in any of the cases, so it is important that you inform us of any change in your address. When writing, please be brief and PRINT (NO cursive) clearly and legibly in dark ink or pencil so we can read your letter.

                          Very truly yours,

                          Kenneth N. Flaxman

KNF:bl

EXHIBIT 10

# COOK COUNTY SHERIFF'S OFFICE
*(Oficina del Alguacil del Condado de Cook)*

## INMATE GRIEVANCE FORM
*(Formulario de Queja del Preso)*

☐ GRIEVANCE  ☒ NON-GRIEVANCE (REQUEST)

**CONTROL #:** _____  **INMATE ID #:** _____

### ! THIS SECTION IS TO BE COMPLETED BY INMATE SERVICES STAFF ONLY !

**GRIEVANCE FORM PROCESSED AS:**
- ☐ EMERGENCY GRIEVANCE
- ☐ GRIEVANCE
- ☐ NON-GRIEVANCE (REQUEST)

**REFERRED TO:**
- ☐ CERMAK HEALTH SERVICES
- ☐ SUPERINTENDENT: _____
- ☐ OTHER: _____

### INMATE INFORMATION

**LAST NAME:** WILLIAMS
**FIRST NAME:** GREGORY
**INMATE BOOKING NUMBER:** 20150410186
**DIVISION:** 2-D1
**LIVING UNIT:** GG 20
**DATE:** 3-13-16

### INMATE'S BRIEF SUMMARY OF THE COMPLAINT

- An inmate wishing to file a grievance is required to do so within 15 days of the event he/she is grieving.
- Inmate Disciplinary Hearing Board decisions cannot be grieved or appealed through the use of an Inmate Grievance Request/Response/Appeal Form.
- When a grievance issue is processed as a NON-GRIEVANCE (REQUEST), an inmate may re-submit the grievance issue after 15 days to obtain a "Control Number" if there has been no response to the request or the response is deemed unsatisfactory.
- Only one (1) issue can be grieved per form.

**DATE OF INCIDENT:** 3-8-16
**TIME OF INCIDENT:** MID DAY
**SPECIFIC LOCATION OF INCIDENT:** G.G. House

Tues, CRW made call to Dispensary regarding the follow of HEMETOSA, FACE INJURY, BACK INJURY THAT OCCURRED IN ATTACK and about meds being Re-order, She (CRW) INFORM ME THAT NURSE TOLD HER, THEY HAVE NO RECORD of of me being seen on 2-22-16 AND THAT I MUST PUT IN HEALTH CARE REQUEST TO SEE Doctor. This is a Violation of 8 AMEND, Being DENIED MEDICAL CARE AND MEDicine, I put in MANY REQUEST W/NO RESPONSE.

**ACTION THAT YOU ARE REQUESTING:** To BE SEEN BY Doctor Regarding the Attack of 2/18/16 AND to continue Recieving meds for Treatment of Attack.

**NAME OF STAFF OR INMATE(S) HAVING INFORMATION REGARDING THIS COMPLAINT:** CRW/Dispensary staff - Nurse/Doctor

**INMATE SIGNATURE AND DATE:** Gregory Williams 3/13/16

**CRW/PLATOON COUNSELOR (Print):** K. Dupont
**SIGNATURE:** [signature]
**DATE CRW/PLATOON COUNSELOR RECIEVED:** 3/16/16

**SUPERINTENDENT/DIRECTOR/DESIGNEE (Print):** _____
**SIGNATURE:** _____
**DATE REVIEWED:** _____

(FCN-40)(SEP 14)  (WHITE COPY – INMATE SERVICES)  (YELLOW COPY – CRW/PLATOON COUNSELOR)  (PINK COPY – INMATE)

Exhibit 11